JOSEPH SPELTS v. DAVENPORT SAVINGS BANK.

[FILED APRIL 29, 1890.]

ERROR to the district court for Seward county. Tried below before NORVAL, J.

*G. M. Lambertson,* and *R. P. Anderson,* for plaintiff in error.

*R. S. Norval, contra.*

MAXWELL, J.

The questions in this case are substantially the same as in the case of *Buck v. The Davenport Savings Bank,* just

State, ex rel. Lancaster Co., v. C., B. & Q. R. Co.

decided, and the same decision will be rendered. The judgment of the district court is affirmed.

JUDGMENT AFFIRMED.

COBB, CH. J., concurs.

NORVAL, J., having heard the case below, did not sit.